JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Greg E. Kennedy

### DEFENDANTS
Terral River Service, Inc. and CIGNA

**(b)** County of Residence of First Listed Plaintiff: Avoyelles Parish, LA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: East Carroll Parish, LA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Charles A. Riddle, III and Jenny Donaghey-Beckham
Riddle & Donaghey, LLC
P.O. Box 608, 208 E. Mark St., Marksville, LA 71351

Attorneys *(If Known)*
Scott D. Huffstetler, A. Edward Hardin, Jr., Chelsea G. Caswell
Kean Miller LLP
P.O. Box 3513, Baton Rouge, LA 70821

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☒ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. §§ 1132 and 1161
Brief description of cause:
Alleged failure to provide COBRA notice

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 10/03/2019
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREG E. KENNEDY | C.A. NO. _____ |
| VERSUS | JUDGE _____ |
| TERRAL RIVER SERVICE, INC. AND CIGNA | MAGISTRATE _____ |

### **NOTICE OF REMOVAL**

TerralRiver Service, Inc. ("TRS") removes this action on the following grounds:

1.

On or about August 30, 2019, Greg E. Kennedy instituted a civil action in the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana, entitled *"Greg E. Kennedy v. Terral River Service, Inc. and CIGNA,"* Docket No. 2019-7152, Division B ("Action").

2.

TRS desires to exercise its right under 28 U.S.C. §1441, *et seq.*, to remove this Action from the 12th Judicial District Court to the United States District Court in and for the Western District of Louisiana.

3.

This Notice of Removal is timely. TRS was served with the plaintiff's "Petition for Medical Coverage and Damages for Failure to Provide Coverage Under COBRA" ("Original Petition") on September 3, 2019, through its agent for service of process. In

accordance with 28 U.S.C. 1446(b), TRS files its Notice of Removal within thirty (30) days after receipt by TRS, through service or otherwise, of the Original Petition.

4.

This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States, although TRS denies any liability whatsoever. In particular, the plaintiff specifically alleged violations of laws of the United States, including the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") (See, Exhibit A, Original Petition, ¶¶ 3, 7, and 8).

5.

Additionally, pursuant to 28 U.S.C. §1367, this Court shall have supplemental jurisdiction over the plaintiff's claims, if any, that do not independently satisfy the requirements of 28 U.S.C. §1331.

6.

In accordance with the provisions of 28 U.S.C. §1446(a), TRS attaches as Exhibit "A" to this Notice of Removal, all process, pleadings, and orders served to date.

7.

Pursuant to 28 U.S.C. §1446(b)(2)(A), Cigna Health and Life Insurance Company, improperly named as Cigna ("Cigna"), the other named defendant, consents to the removal of this Action, and TRS attaches as Exhibit "B" to this Notice of Removal Cigna's written consent.

8.

As required by the provisions of 28 U.S.C. §1446(d), TRS is giving written notice of the filing of this Notice of Removal to the plaintiff, and is filing a copy of this Notice of Removal with the Clerk of Court for the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana.

**WHEREFORE**, TerralRiver Service, Inc. removes this action from the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana, to the United States District Court in and for the Western District of Louisiana.

Respectfully Submitted:

*[signature]*

Scott D. Huffstetler (#28615)
scott.huffstetler@keanmiller.com
A. Edward Hardin, Jr. (#25079)
edward.hardin@keanmiller.com
Chelsea G. Caswell (#35147)
chelsea.caswell@keanmiller.com
KEAN MILLER LLP
P.O. Box 3513
Baton Rouge, LA 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for TerralRiver Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been placed in the U.S. Mail, postage prepaid, and addressed to the following:

*(Also Sent Via Facsimile: (318) 240-9000)*
Charles A. Riddle, III
Jenny Donaghey-Beckham
P.O. Box 608
208 E. Mark St.
Marksville, LA 71351

Cigna Health and Life Insurance Company,
Through its agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Baton Rouge, Louisiana, this 3rd day of October, 2019.

_____
A. Edward Hardin, Jr.

20002589_1