

AVOYELLES PARISH
CLERK OF COURT

2019 SEP 25 PM 1:03

FILED AND R...

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| TO | Avoyelles Parish Clerk of Court ATTN: Civil Department | FROM | Michelle Charlot |
| FAX | 318-253-7578 | TELEPHONE | (225) 382-4690 |
| TELEPHONE | (318) 253-7523 | FILE NO. | 11724-3 |
| DATE | September 25, 2019 | OPERATOR | Michelle Charlot |
| PAGES | Cover | RE | SUIT RECORD REQUEST Kennedy v. Terral River Service, Inc. et al Case No.: 2019-7152 |

COMMENTS:

Dear Clerk:

Please provide a copy of the suit record for Case No.: 2019-7152 to my attention **via fax** at 225-388-9133 and **via mail** to Kean Miller, LLP, ATTN: Edward Hardin, P.O. Box 3513, Baton Rouge, La 70821-3513. Please provide an invoice for payment.

Feel free to contact me at 225-382-4690 should you have any questions. Thanks for your help.

*Mailed coppies 9-25-19 [signature]*

Many thanks,

Michelle Charlot
Paralegal

CONFIDENTIALITY NOTE:

The information contained in this facsimile message may contain legally privileged and/or confidential information and is intended only for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this facsimile is strictly prohibited. If you have received this facsimile in error, we would appreciate your notifying us at 225.387.0999.

T 225.387.0999 | F 225.388.9133
II City Plaza | 400 Convention Street Suite 700 | Baton Rouge, LA 70802
Post Office Box 3513 | Baton Rouge, LA 70821
keanmiller.com



EXHIBIT A

**ORIGINAL**

CIVIL SUIT NO. 20197152

AVOYELLES PARISH
CLERK OF COURT

2019 AUG 30  AM 10: 03

| | |
|---|---|
| **GREG E. KENNEDY** | 12ᵀᴴ JUDICIAL DISTRICT COURT |
| **VERSUS** | PARISH OF AVOYELLES |
| **TERRAL RIVER SERVICE, INC. AND CIGNA** | STATE OF LOUISIANA |

## PETITION FOR MEDICAL COVERAGE AND DAMAGES FOR FAILURE TO PROVIDE COVERAGE UNDER COBRA

NOW INTO COURT, through undersigned counsel, comes **GREG E. KENNEDY**, of the full age of majority, a resident of and domiciled in Avoyelles Parish, Louisiana, who respectfully submits as follows:

1.

Made defendants herein are

**TERRAL RIVER SERVICE, INC**, a domestic company authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, Daniel Terral, 10100 Highway 65S, Lake Providence, LA 71254; and

**CIGNA**, a foreign company authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, CT CORPORATION SYSTEM, 3867 Plaza Tower Drive, Baton Rouge, , Louisiana, 70816; (all hereinafter collectively referred to as "Defendants")

2.

**DEFENDANTS** are truly and justly indebted unto Petitioner for damages and medical expenss incurred, together with legal interest therein, from the date of judicial demand, and after, for the reasons herein after enumerated.

3.

Petitioner's last day of work with defendant, TERRAL RIVER SERVICE, INC., was on or about February 12, 2019, due to sickness and/or injury. After his TWELVE (12) weeks of FMLA, Petitioner was never notified of his rights to retain his insurance, nor given any information regarding continued coverage through COBRA despite repeated requests.

4.

Petitioner was only made aware that he no longer had insurance coverage at an appointment with his neurosurgeon on June 5, 2019.

5.

Petitioner would have taken advantage of the option to retain insurance, if he would have had the opportunity and made aware that this option was available. Demand was made upon defendants, TERRAL RIVER SERVICE, INC via letter dated June 7, 2019 for the necessary information to apply. The letter attached as Exhibit 1, was received on June 10, 2019. No response has been given for information provided as requested by letter.

6.

**DEFENDANTS**, TERRAL RIVER SERVICE, INC and CIGNA are responsible for all damages and/or expense incurred as it relates to the unpaid medical bills, expenses and services which were related to the injury.

7.

The loss of insurance has resulted in substantial economic harm and loss to Petitioner, as Petitioner has been unemployed due to his injury and/or illness. TERRAL RIVER SERVICE, INC has more than 20 employees and is subject to COBRA.

8.

**DEFENDANTS** did violate mulitple provisions of Louisiana and Federal Laws in that they failed to advise and/or provide insurance coverage pursuant to the laws and rules of COBRA. **DEFENDANT's** conduct in this regard was willfull and intentional and, as such, **DEFENDANTS** are liable to Pettioner for civil damages in the amount to be determined by this Court, plus reasonable attorney fees and costs. The Consolidated Omnibus Budget Reconciliation Act of 1985 provides for the tax penaltis and statutory penalities and attorney fees and interest.

9.

Failure to notify of cancellation of insurance is a violation under LSA. R.S. 22:636 and 22:636.3. **DEFENDANT,** TERRAL RIVER SERVICE, INC is a sole interest company and **DEFENDANT**, CIGNA, was the administrator. Cancellation without notice entitles the plaintiff to penalties and attorney fees.

WHEREFORE, petitioner, GREG E. KENNEDY, prays that after due proceedings are had, that there be judgment rendered herein in his favor, and against defendants, **TERRAL RIVER SERVICE, INC. and CIGNA INSURANCE**, for damages, as well as court costs and attorney fees, and for all general and equitable relief to which Petitioner is legally entitled.

Respectfully Submitted:

RIDDLE & DONAGHEY, LLC

CHARLES A. RIDDLE, III,
La. Bar Roll No. 10974
JENNY DONAGHEY-BECKHAM,
La. Bar Roll No. 34522
PO Box 608
208 E. Mark St.
Marksville, Louisiana 71351
Telephone No.: 318.240.7217
Facsimile No.: 318.240.9000

**SHERIFF, PLEASE SERVE:**

**SERVICE INFORMATION:**

**TERRAL RIVER SERVICE, INC,**
through
Daniel Terral
10100 Highway 65S
Lake Providence, LA 71254

**CIGNA**
through
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana, 70816

CIVIL SUIT NO. _____

| | |
|---|---|
| GREG E. KENNEDY | 12TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF AVOYELLES |
| TERRAL RIVER SERVICE, INC. AND CIGNA | STATE OF LOUISIANA |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF AVOYELLES

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of Avoyelles, State of Louisiana, personally came and appeared:

**GREG E. KENNEDY**

who after being first duly sworn did declare that he is the petitioner in the foregoing Petition, that he has read said pleading, and that all of the allegations contained therein are true and correct to the best of his knowledge, information and belief.

_____
GREG E. KENNEDY

SWORN TO AND SUBSCRIBED before me this _28th_ day of _August_, 2019.

_____
NOTARY PUBLIC
Name:
Bar Roll No. CHARLES A. RIDDLE, III
NOTARY PUBLIC - LOUISIANA
PARISH OF AVOYELLES
BAR # 10974
MY COMMISSION EXPIRES AT DEATH

# RIDDLE & DONAGHEY
## ATTORNEYS AT LAW
### RIDDLE BUILDING

CHARLES A. RIDDLE (1879-1954)
CHARLES A. RIDDLE JR. (1917-1976)
**CHARLES A. RIDDLE III**
e-mail: criddle777@aol.com

208 EAST MARK STREET
POST OFFICE BOX 608
MARKSVILLE, LOUISIANA 71351-0608
Telephone (318) 240-7217
Facsimile (318) 240-9000

**JENNY DONAGHEY**
e-mail: Jenny@rdattorneys.com

June 7, 2019



**VIA CERTIFIED MAIL**
**7015 3430 0000 3353 5479**
Terral River Services, INC
10100. U.S. 65
Lake Providence, LA 71254

    Re: Greg Kennedy

Dear Sirs:

Please be advised that I have been retained to represent Greg Kennedy in an effort to correct the violation of his COBRA rights to insurance. Since his 12 weeks of FMLA has ended, he has never been given any information about his rights to retain his insurance. In fact, he was only made aware of a lack of insurance when he arrived at his neurosurgeon's appointment on Wednesday June 5, 2019.

Please notify Cigna, who will also be receiving a copy of this letter, that Greg Kennedy desires to exercise his rights to the continued insurance, at his expense. The fact that he was not notified of his rights, this should be retroactive to the date of termination.

Further, he will pay whatever is owed. Please invoice him directly at 9371 Hwy. 451, Moreauville, LA 71355.

Thanking you in advance, I remain

            Very truly yours,

            CHARLES A. RIDDLE III

CARIII/lns

EXHIBIT
1

Greg Kennedy

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

LAKE PROVIDENCE LA 71254

| Certified Mail Fee | |
|---|---|
| $ $3.50 | 0697 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ $1.00
- ☐ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

04

Postmark
Here

Postage
$ $0.55

Total Postage and Fees
$ $6.85

06/07/2019

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 3430 0000 3353 5479

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Terral River Services, INC
    10100 U.S. 65
    Lake Providence, LA 71254

|||||||||||||||||||||||
9590 9402 3496 7275 0329 05

2. Article Number (Transfer from service label)

7015 3430 0000 3353 5479

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Teresa Sullivan_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Teresa Sullivan                   6/10/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ed Mail
- ☐ ed Mail Restricted Delivery ($500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# CITATION

GREG E KENNEDY

Vs.

TERRAL RIVER SERVICE, INC, ET AL



Case: 2019-00007152
Division: B
12th Judicial District Court
Parish of Avoyelles
State of Louisiana

To:  CIGNA
 THROUGH CT CORPORATION SYSTEM
 3867 PLAZA TOWER DRIVE
 BATON ROUGE, LA  70816

**YOU ARE HEREBY CITED** to appear in the office of the Clerk of said Court, in the City of Marksville, Parish aforesaid and comply with the demand contained in the petition, of which a copy is hereto annexed, or make an appearance, in writing, by filing a pleading or otherwise in the Office of said Clerk within **FIFTEEN (15)** days after the service hereof, under penalty of default.

**WITNESS** the Honorable **JUDGES** of our said Court on Friday, August 30, 2019.

Connie F. Desselle
*Clerk of Court*

O/P

*Deputy Clerk of Court*

*Attorney*
CHARLES A. RIDDLE, III
These documents mean you have been sued.
Legal assistance is advisable and you should contact a lawyer immediately.
**JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.**

---

## SHERIFF'S RETURN

### PERSONAL SERVICE

*Received* the above citation, a certified copy thereof, and a certified copy of the petition

 *Filed on* _____

 *Date Served* _____

 *In person to* _____

 *Deputy Sheriff* _____

### DOMICILIARY SERVICE

*Received* this citation, a certified copy thereof, and a certified copy of the petition

 *Filed on* _____

 *Date Served* _____

 *Served to* _____
 A person apparently above the age of sixteen years residing at the said domicile as a member thereof from which, at the time of said service, the above named individual was absent.

 *Deputy Sheriff* _____

FOOTERAREA

# CITATION

GREG E KENNEDY

Vs.

TERRAL RIVER SERVICE, INC, ET AL



Case: 2019-00007152
Division: B
12th Judicial District Court
Parish of Avoyelles
State of Louisiana

To:  TERRAL RIVER SERVICE, INC
     THROUGH DANIEL TERRAL
     10100 HIGHWAY 65S
     LAKE PROVIDENCE, LA  71254

**YOU ARE HEREBY CITED** to appear in the office of the Clerk of said Court, in the City of Marksville, Parish aforesaid and comply with the demand contained in the petition, of which a copy is hereto annexed, or make an appearance, in writing, by filing a pleading or otherwise in the Office of said Clerk within FIFTEEN (15) days after the service hereof, under penalty of default.

**WITNESS** the Honorable **JUDGES** of our said Court on Friday, August 30, 2019.

Connie F. Desselle
Clerk of Court

O/P

_____
Deputy Clerk of Court

*Attorney*
CHARLES A. RIDDLE, III
These documents mean you have been sued.
Legal assistance is advisable and you should contact a lawyer immediately.
**JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.**

---

## SHERIFF'S RETURN

### PERSONAL SERVICE

*Received* the above citation, a certified copy thereof, and a certified copy of the petition

*Filed on* _____

*Date Served* _____

*In person to* _____

*Deputy Sheriff* _____

### DOMICILIARY SERVICE

*Received* this citation, a certified copy thereof, and a certified copy of the petition

*Filed on* _____

*Date Served* _____

*Served to* _____
A person apparently above the age of sixteen years residing at the said domicile as a member thereof from which, at the time of said service, the above named individual was absent.

*Deputy Sheriff* _____

FOOTERAREA

## NOTICE OF SERVICE

GREG E KENNEDY

Vs.

TERRAL RIVER SERVICE, INC, ET AL



Case: 2019-00007152
Division: B
12th Judicial District Court
Parish of Avoyelles
State of Louisiana

To:  CHARLES RIDDLE III
     CHARLES RIDDLE III
     P. O. BOX 608
     MARKSVILLE, LA  000000000

*Date of Service*: TUESDAY, SEPTEMBER 10, 2019

*Personal/Domiciliary*: PERSONAL TO CIGNA THRU CT CORP SYSTEM THRU ASHLEY MINVIELLE

*Pleading Served*: O/P

*Issued by the Clerk of Court on WEDNESDAY, SEPTEMBER 18, 2019.*

*Connie F. Desselle*
Clerk of Court

FOOTERAREA

Form: 0409

## NOTICE OF SERVICE

*GREG E KENNEDY*

*Vs.*

*TERRAL RIVER SERVICE, INC, ET AL*



*Case: 2019-00007152*
*Division: B*
*12th Judicial District Court*
*Parish of Avoyelles*
*State of Louisiana*

To:  CHARLES RIDDLE III
     CHARLES RIDDLE III
     P. O. BOX 608
     MARKSVILLE, LA  000000000

**Date of Service:** TUESDAY, SEPTEMBER 03, 2019

**Personal/Domiciliary:** PERSONAL TO TERRAL RIVER SERVICE INC THRU DANIEL TERRAL THRU THERESA S

**Pleading Served:** O/P

*Issued by the Clerk of Court on TUESDAY, SEPTEMBER 24, 2019.*

_Connie F. Desselle_
Clerk of Court

FOOTERAREA

Form: 0409