UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GREG E. KENNEDY | DOCKET NO.: 1:19-CV-01288 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| TERRAL RIVER SERVICES, INC., ET AL. | MAG. JUDGE PEREZ-MONTES |

**ORDER OF DISMISSAL**

Having been advised of settlement of all claims in the above captioned matter,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment, for execution by the court.

**THUS DONE AND SIGNED** this _10th_ day of February 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT
