UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREG E. KENNEDY | C.A. NO. 1:19-cv-01288 |
| VERSUS | JUDGE DEE D. DRELL |
| TERRAL RIVER SERVICE, INC. AND CIGNA | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

**STIPULATION OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Greg E. Kennedy, and Defendants, TerralRiver Service, Inc., incorrectly named "Terral River Service, Inc.," and Cigna Corporation, incorrectly named "Cigna" (collectively, "Defendants"), who, pursuant to this Court's February 10, 2020, Order of Dismissal (Rec. Doc. 14), jointly submit this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and respectfully requests that this Court dismiss all claims of Plaintiff, Greg E. Kennedy, against Defendants, TerralRiver Service, Inc. and Cigna Corporation with prejudice, with each party to bear its own respective costs.

Respectfully Submitted:

 */s/ Charles A. Riddle, III*
Charles A. Riddle, III (#10974)
Jenny Donaghey-Beckham (#34522)
RIDDLE & DONAGHEY, LLC
P.O. Box 608
208 E. Mark St.
Marksville, LA  71351
Telephone:  (318) 240-7217
Facsimile:  (318) 318-240-9000

*Counsel for Plaintiff, Greg E. Kennedy*

- 2 -

                    */s/ A. Edward Hardin, Jr.*
Scott D. Huffstetler (#28615)
scott.huffstetler@keanmiller.com
A. Edward Hardin, Jr. (#25079)
edward.hardin@keanmiller.com
Chelsea G. Caswell (#35147)
chelsea.caswell@keanmiller.com
KEAN MILLER LLP
P.O. Box 3513
Baton Rouge, LA  70821
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

*Attorneys for TerralRiver Service, Inc.*

                    */s/ Normand F. Pizza*
Normand F. Pizza (#8692)
Jenna Fugarino (#38004)
MILLING BENSON WOODWARD, L.L.P.
68031 Capital Trace Row
Mandeville, LA  70471
Telephone:  (985) 871-3924
Facsimile:  (985) 871-6957

*Attorneys for Cigna Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      Baton Rouge, Louisiana, this 27th day of March, 2020.

                                       */s/ A. Edward Hardin, Jr.*
                                        A. Edward Hardin, Jr.

21044448_1