UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREG E. KENNEDY | C.A. NO. 1:19-cv-01288 |
| VERSUS | JUDGE DEE D. DRELL |
| TERRAL RIVER SERVICE, INC. AND CIGNA | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

### JUDGMENT OF DISMISSAL WITH PREJUDICE

**CONSIDERING** the Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with Federal Rule of Civil Procedure 58,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that all claims of Plaintiff, Greg E. Kennedy, against the Defendants, TerralRiver Service, Inc., incorrectly named "Terral River Service, Inc.," and Cigna Corporation, incorrectly named "Cigna," in the above-captioned matter are DISMISSED, WITH PREJUDICE, with each party to bear its own respective costs.

THUS DONE AND SIGNED in __ALEXANDRIA__, Louisiana, on this 30TH day of MARCH, 2020.

_____
DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA